# EXHIBIT A

170...

Served by ~~~~~~~
Paper Served by Constable, Deputy,
Private Investigator, or Process Server
Utah County Constable M. Erickson
PO BOX 562 LEHI, UT ~~~~
801-374-8497

Name **Nathaniel Boykin-Reed**

Address **1677 Hickory Ln.**

City, State, Zip **Provo, UT 84604**

Phone **410-599-0645**

Email **Ninbr01@hotmail.com**

I am [x] Plaintiff or employee of plaintiff    [ ] Plaintiff's Attorney    (Utah Bar #:_____)

FILED

MAR 27 2026

Provo City Justice Court
State of Utah
Utah County

In the _____Provo_____ Justice Court of Utah

____Fourth____ Judicial District ____Utah____ County

Court Address _____75 E 1700 S, Suite 100 Provo, UT 84606_____

| | |
|---|---|
| **Nathaniel Boykin-Reed** <br> Plaintiff <br> v. <br> **LVNV Funding LLC** <br> **TransUnion LLC** <br> Defendants | **Small Claims Affidavit and Summons** <br> Online Dispute Resolution Case <br><br> _268000598_ <br> Case Number <br> _Pro Tem_ <br> Judge |

This form is for small claims cases filed in justice courts using Online Dispute Resolution **only**. Forms for all other justice courts can be found here: www.utcourts.gov/howto/smallclaims/

1. Defendant owes me the following amounts:

   Claim described in paragraph 2.
   (Include any prejudgment interest accrued to date and applicable attorney fees. Attach statute or contract authorizing claim for attorney fees.)    $18,000

   Plus, the amount I paid to file this claim.    $ 185.00

   Plus, the amount I paid to serve claim.    $ 50.00

   Equals, the total amount I am seeking.    $18,235.00

plus prejudgment interest, if qualified.

2. The events happened on _____July 31, 2024 - Present_____ (date). My claim is based on the following facts:

1. Inaccurate Reporting: Defendant TransUnion is reporting an inaccurate, aged, and unverified debt of approximately $6,113 on behalf of Defendant LVNV Funding LLC (Original Creditor: Navy Federal Credit Union).

2. Willful Failure to Investigate: Since July 31, 2024, Plaintiff has made 9+ formal attempts to dispute and validate this debt. Defendants failed to conduct a "reasonable investigation" per 15 U.S.C. § 1681i, repeatedly "verifying" the debt without providing proof or responding to 12 validation requests.

3. Concrete Harm & Damages: On March 26, 2026, Plaintiff suffered a credit denial from Wells Fargo specifically due to this 18-month pattern of false reporting. This has resulted in actual financial loss, damage to credit reputation, and significant emotional distress.

4. Relief Sought: Plaintiff seeks $18,000 in total relief for statutory damages ($1,000 per violation), actual damages for credit denial and 18 months of false reporting, and punitive damages for Defendants' willful non-compliance with the FCRA.

3. Choose one:

[ ] Defendant resides within the jurisdiction of the court.

[ x ] The events happened within the jurisdiction of the court..

4. [x ]    I am not suing a government entity. I am not suing a government employee for the employee's on-the-job conduct.

5. [x ]    I am not suing on a claim that has been assigned to me.

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at _____Provo Justice Court_____ (city, and state or country).

Date  3/27/26

Signature ▶ _____

Printed Name _Nathaniel Boykin-Reed_____

# Summons

To:    LVNV FUNDING LLC **Corporation Service Company (CSC) 15 W South Temple St, Ste 600 Salt Lake City, UT 84101**

---

Defendant Name and Address

TransUnion LLC **Corporation Service Company (CSC) 15 W South Temple St, Ste 600 Salt Lake City, UT 84101**

---

Defendant Name and Address

### Notice to the Defendant

This court uses online dispute resolution (ODR) to settle small claims cases.

- Within 14 days of receiving this Affidavit, you must register at https://pubapps.utcourts.gov/OnlineDisputeResolutionWEB to try to settle this case.

- **If you do not register within 14 days**, judgment may be entered against you for the total amount claimed. The plaintiff could garnish your paycheck or take your property to pay the debt.

- If you are unable to participate in the online process, see below.

In this small claims case, instead of going to trial at the courthouse at a specific date and time, you and the plaintiff will work with a third person (facilitator) to reach a solution. A facilitator is a neutral person trained to help people resolve disputes.

| | |
|---|---|
| A small claims case has been started against you. | Se ha iniciado un caso de reclamos menores contra usted. |
| **Read the Affidavit**<br>The Affidavit explains what the other party is asking for. Read it carefully. | **Lea la declaración jurada**<br>La declaración jurada explica lo que la otra parte está pidiendo. Léala detenidamente. |
| • Register for Online Dispute Resolution (ODR) | • Inscripción a la Resolución de disputas por internet(ODR, por sus siglas en inglés) |
| • Within 14 days of receiving the | • Dentro de 14 días después de haber |

Affidavit, go to www.utcourts.gov/smallclaimsodr and register for ODR.

- To register, you will need the case number and your name as it is listed on the Affidavit to access your case.

- After you register, a small claims facilitator will be assigned to your case. There are several possible outcomes:

  - If you agree you owe the plaintiff money and you agree on the amount owed, the facilitator can help you set up a payment plan.

  - If you agree you owe the plaintiff money but disagree about the amount owed, the facilitator can help you come to an agreement on the amount owed.

  - If you don't settle, you still have the right to go to trial.

**Asking to be excused from ODR**

If you:

- need ADA assistance,
- don't speak English, or
- don't have internet access,

you can ask the court to be excused from the ODR requirement.

Call the court and ask for the forms. <u>You must</u> fill out the forms and return them to the court within 7 days of being served this document.

**Trial**

recibido la declaración jurada, ingrese a www.utcourts.gov/smallclaimsodr e inscríbase a ODR.

- Para inscribirse necesitará el número de caso y su nombre tal como figura en la declaración jurada para acceder a su caso.

- Después de que se inscriba, se asignará un facilitador de reclamos menores a su caso. Existen varios resultados posibles:

  - Si acepta que le debe dinero al demandante y usted está de acuerdo con el monto adeudado, el facilitador puede ayudarle a establecer un plan de pago.

  - Si acepta que le debe dinero al demandante pero usted no está de acuerdo con el monto adeudado, el facilitador puede ayudarle a llegar a un acuerdo sobre el monto adeudado.

  - Si no llegan a un acuerdo, usted todavía tiene derecho a ir a juicio.

**Solicitud para que se le exima de ODR**

Si usted:

- necesita ayuda de ADA,
- no habla inglés, o
- no tiene acceso al internet,

puede pedirle al juez que se le exima del requisito de ODR.

Llame al tribunal y solicite los formularios. <u>Deberá completar</u> los formularios y devolverlos al tribunal dentro de 7 días de recibido este documento.

**Juicio**

If you can't come to an agreement with the facilitator's help, or if you have been excused from ODR, the case will be scheduled for trial.

The court will notify you of the date, time, and place of the trial.

If you do not go to the trial, the court can enter a judgment against you for the total amount requested in this Affidavit.

## Right to Jury Trial

If you want to have a jury trial in this case, you must file documents to remove the case to district court. See the Small Claims web page for information about that process, and forms: www.utcourts.gov/howto/smallclaims/#removal2.

## Finding help

The court's Finding Legal Help web page (www.utcourts.gov/howto/legalassist/) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.

Si no puede llegar a un acuerdo con la ayuda del facilitador o si ha sido eximado de ODR, el caso será programado para un juicio.

El tribunal le notificará la fecha, hora y lugar del juicio.

Si usted no se presenta al juicio, el juez puede dictar un fallo en su contra por el monto total solicitado en la declaración jurada.

## Derecho a juicio por jurado

Si desea tener un juicio por jurado para este caso, deberá presentar documentos para transferir el caso al tribunal de distrito. Vea la página de internet sobre Reclamos menores para obtener información sobre ese proceso y los formularios: www.utcourts.gov/howto/smallclaims/#removal2.

## Cómo encontrar ayuda

La página de internet del tribunal sobre Cómo encontrar ayuda legal (www.utcourts.gov/howto/legalassist/) proporciona información sobre las formas en que puede obtener ayuda legal e incluye lo siguiente: el centro de ayuda, abogados con tarifas reducidas, asistencia legal limitada y talleres legales gratuitos.

Date: 3-27-26

Signature ▶

Court Clerk