Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
chase@sahlegal.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| NATHANIEL BOYKIN-REED,<br><br>       Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC; and TRANSUNION LLC,<br><br>       Defendants. | Case Number: 2:26-cv-00360-CMR<br><br>**DEFENDANT LVNV FUNDING LLC'S NOTICE OF SETTLEMENT** |

Defendant LVNV Funding LLC ("Defendant") hereby notifies the Court that it has reached a settlement with Plaintiff Nathaniel Boykin-Reed ("Plaintiff"). Defendant anticipates that Plaintiff and Defendant will be able to complete the settlement and Plaintiff will dismiss Defendant with prejudice within 60 days.

Dated this 6th day of May 2026.

STEELE ADAMS HOSMAN

/s/ Chase A. Adams
Chase A. Adams
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which sent notification of such filing to the following:

Nathaniel Boykin-Reed
1677 Hickory Ln.
Provo, UT 84604
Email:  Ninbr01@hotmail.com

/s/ Chase A. Adams_____
Chase A. Adams